# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MICHAEL MCELFRESH, | ) Case No.: 1:19-cv-823 - JLT |
| Plaintiff, | ) ORDER DISCHARGING THE ORDER TO SHOW<br>) CAUSE DATED FEBRUARY 21, 2020 |
| v. | ) (Doc. 14) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ORDER GRANTING DEFENDANT'S MOTION |
| Defendant. | ) FOR AN EXTENSION OF TIME<br>) (Doc. 16) |

Previously the Court ordered Defendant to show cause in writing why sanctions should not be imposed for failure to comply with the deadline to file a response to the opening brief. (Doc. 14) The Commissioner was granted fourteen days to show cause "or to file a response to Plaintff's opening brief." (*Id.* at 2) The Commissioner filed a timely response on February 25, 2020 (Doc. 15), accompanied by both a motion for an extension of time (Doc. 16) and the responsive brief (Doc. 17).

Accordingly, the Court **ORDERS**:

1. The order to show cause dated February 21, 2020 (Doc. 14) is **DISCHARGED**; and
2. The request for an extension of time (Doc. 16) is **GRANTED** nunc pro tunc.

IT IS SO ORDERED.

Dated: **March 2, 2020**            /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE