**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO MICHAEL MCELFRESH, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:19-cv-0823 - JLT <br><br> ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT <br><br> (Doc. 25) |

Francisco Michael McElfresh and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees in the amount of $7,462.98 and expenses in the amount of $16.80 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 25)  Accordingly, the Court **ORDERS**:

1. Subject to the terms of the parties' stipulation, fees and expenses in the total amount of $7,479.78 are **AWARDED** to Plaintiff, Francisco Michael McElfresh; and

2. Plaintiff's motion for fees (Doc. 24) is terminated as moot.

IT IS SO ORDERED.

Dated: __January 5, 2021__            __/s/ Jennifer L. Thurston__
                                                        UNITED STATES MAGISTRATE JUDGE